| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-17181-LMI<br>Southern District of Florida<br>Miami<br>Thu Aug 13 10:24:00 EDT 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Bank of America<br>PO Box 660710<br>Dallas, TX 75266-0710 |
| Bank of America<br>PO Box 660807<br>Dallas, TX 75266-0807 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 |
| Barclays Bank of Delaware<br>PO Box 13337<br>Philadelphia, PA 19101-3337 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Capital One<br>PO Box 60519<br>City of Industry, CA 91716-0519 |
| Capital One<br>PO Box 60599<br>City of Industry, CA 91716-0599 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Discover<br>PO Box 71084<br>Charlotte, NC 28272-1084 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH 45274-0789 |
| Fifth Third Bank, N.A.<br>PO Box 9013<br>Addison, Texas 75001-9013 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Lexus Financial Service<br>PO Box 9490<br>Cedar Rapids, IA 52409-9490 |
| Mr. Cooper<br>PO Box 650783<br>Dallas, TX 75265-0783 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Shell<br>PO Box 78062<br>Phoenix, AZ 85062-8062 |
| State Farm<br>PO Box 23025<br>Columbus, GA 31902-3025 | Syncb/JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Westland Park Condo Assoc, Inc. # 1<br>c/o American Management and Realty, Inc.<br>PO Box 628207<br>Orlando, FL 32862-8207 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |
| Rosa M Gonzalez<br>1790 W 60th Street #5<br>Hialeah, FL 33012-6848 | Sonia C Sola<br>1790 W 60th Street #5<br>Hialeah, FL 33012-6848 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Best Buy
PO Box 78009
Phoenix, AZ 85062-8009

Chase
PO Box 1423
Charlotte, NC 28201-1423

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America Mortgage, a Division of Ba

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper
Choice Legal Group

(u)Miami

End of Label Matrix
Mailable recipients    28
Bypassed recipients     3
Total                  31