UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  

ROSA M GONZALEZ AKA ROSA
GONZALEZ AKA ROSA MARGARITA
GONZALEZ AKA ROSA MARGARITA
GONZALEZ VIGOA AKA ROSA
GONZALEZ VIGOA AKA ROSA M
GONZALEZ VIGOA and SONIA C SOLA
AKA SONIA SOLA AKA SONIA CARIDAD
SOLA AKA SONIA DE LA CARIDAD SOLA,

     Debtors.
_____/

Case No.20-17181-LMI
Chapter 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Motion Confirming the Automatic Stay is Not In Effect as to Debtor* [D.E. #82] for the *Motion for Order Confirming that the Automatic is Not In Effect* [D.E. #75] filed by Bank of America, N.A. was served via U.S. Mail, first-class postage prepaid, on June 13, 2022, upon:

### DEBTORS

Rosa M Gonzalez
Sonia C Sola
1790 W 60th Street #5
Hialeah, FL 33012-6848

The following CM/ECF users were served electronically on June 13, 2022.

### DEBTORS ATTORNEY
### (via electronic notice)

Jose A. Blanco, Esq
jose@blancopa.com

**TRUSTEE**
**(via electronic notice)**

Nancy K. Neidich
e2c8f01@ch13miami.com

**UNITED STATES TRUSTEE**
**(via electronic notice)**

Department of Justice
Southern District of Florida - Miami
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

                                        Respectfully Submitted,

                                        /s/ *Jennifer Laufgas*
                                        Jennifer Laufgas
                                        Bar No.: 56181
                                        Aldridge Pite, LLP
                                        Attorney for Movant
                                        Fifteen Piedmont Center
                                        3575 Piedmont Road, N.E., Suite 500
                                        Atlanta, GA 30305
                                        Phone: (404) 994-7400
                                        Fax: (619) 590-1385
                                        Email: jlaufgas@aldridgepite.com